UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLTAGE PICTURES, LLC,

    Plaintiff,

v.

DOES 1-5,000,

    Defendants.
    _____/

Case No. 10-mc-51346

Honorable Nancy G. Edmunds

**ORDER DENYING PRO SE MOTION TO QUASH SUBPOENA [1]**

    This matter comes before the Court on a pro se motion seeking to quash a subpoena issued in another action pending before another court, i.e., *Voltage Pictures, LLC v. Does 1-5,000*, Civil Action No. 1:10-cv-00873-RMU, pending in the United States District Court for the District of Columbia. The subpoena to produce documents, information, or objects was issued on July 30, 2010 to Wide Open West, Attn: Marian Samuals/Custodian of Records, 1674 Frontenac Road, Naperville, IL 60563, and compels that Wide Open West "provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet." The subpoena was requested by Plaintiff's counsel. The Court presumes that movant is one of the 1-5,000 unidentified Doe Defendants.

    The motion to quash is DENIED. Movant's signature on the pro se motion to quash is illegible. The only identifying information on the motion is the address of 11615 Stamford, Warren, MI 48089. No telephone number is provided. The sole reason provided

for quashing the subpoena is the movant's belief that his right to find suitable council [sic] in this matter will be violated. Movant's belief, without more, is insufficient to quash the challenged subpoena.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: December 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2010, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager